U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LOU ANNA BRYANT** | : | **DOCKET NO. 06-1006** |
| **VS.** | : | **JUDGE MINALDI** |
| **U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that the Commissioner's disability determination be REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings in accordance with the report and recommendation.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE